**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00975-AP

CECELIA A. GARCIA,

    Plaintiff,

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Richard Losh, P.C.<br>1525 Josephine Street<br>Denver, Colorado 80206<br>303-320-6821<br>rcatonlosh@msn.com | TROY A. EID<br>United States Attorney<br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>(303) 844-0770 (facsimile)<br>debra.meachum@ssa.gov |

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

   The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:** 5/12/08
   B. **Date Complaint Was Served on U.S. Attorney's Office:** 5/27/08
   C. **Date Answer and Administrative Record Were Filed:** 7/28/08

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   Plaintiff states that the record is adequate.
   Defendant states that the administrative record is adequate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   Plaintiff states that "Additional evidence, new and material, and not cumulative, is being sought from the Vocational Rehabilitation psychologist who evaluated Plaintiff on 6/05/2007. This evidence will provide more specific information about the results of the grooved pegboard test and the implied manipulative limitations for reaching, handling and fingering. It is anticipated that the new evidence -- not available previously at the time of the hearing or when the review was requested before the Appeals Council -- will also provide more specific, objective information about Plaintiff's cognitive disorder and her vertigo."

   Defendant reserves the right to respond to the additional evidence, which is not part of the certified record. Defendant does not intend to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   Plaintiff states that there are no unusual claims or defenses.
   Defendant, to the best of his knowledge, states that he is not aware of any unusual claims or defenses in this case.

**7. OTHER MATTERS**

Plaintiff states that there are no other matters.
Defendant states that there are no other matters.

**8. BRIEFING SCHEDULE**

(Plaintiff's attorney requests that briefing commence on October 14, 2008, more than 40 days after the filing of this JCMP, because of workload. Defendant's attorney does not object).

A. **Plaintiffs Opening Brief Due:** 10/14/08
B. **Defendant's Response Brief Due:** 11/14/08
C. **Plaintiffs Reply Brief (If Any) Due:** 12/1/08

**9. STATEMENTS REGARDING ORAL ARGUMENT**

A. **Plaintiffs Statement:** Plaintiff requests oral argument.
B. **Defendant's Statement:** Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1© BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The Plan may be altered or amended only upon a showing of good cause.

DATED this 18th day of August, 2008.

              BY THE COURT:

              *s/John L. Kane*
              U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|

s/ Richard Losh 8/18/08
Richard Losh, P.C.
1525 Josephine Street
Denver, Colorado 80206
303-320-6821
rcatonlosh@msn.com

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Debra J. Meachum 8/18/08
Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
Debra.meachum@ssa.gov