IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **08-cv-975-AP**

**CECELIA A. GARCIA,**

Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

Defendant.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The Unopposed Motion for Extension of Time to File Plaintiff's Opening Brief (doc. #20), filed October 17, 2008, is GRANTED.  The opening brief is accepted as timely filed.

---

Dated:  October 17, 2008